■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL PAYNE, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Heller, J.), rendered January 16, 1990, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The determination of whether to allow a defendant to adjourn sentencing proceedings or to withdraw a guilty plea rests within the sound discretion of the trial court and should not be disturbed unless there is a clear abuse of that discretion *(see,* CPL 220.60 [3]; 380.30 [3]; *People v Howard,* 138 AD2d 525; *People v Melendez,* 135 AD2d 660; *People v Stubbs,* 110 AD2d 725, 727). In this case, we find that the court did not abuse its discretion since there were no grounds shown in the

record warranting an adjournment or withdrawal of the defendant's plea *(see, People v Billingsley,* 54 NY2d 960, 961; *People v Brown,* 142 AD2d 683; *People v Morris,* 118 AD2d 595, 596; *People v Stubbs, supra,* at 727). Bracken, J. P., Kooper, Lawrence, Balletta and O'Brien, JJ., concur.